IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **DERMA PEN, LLC,**<br><br>　　　　　　　　　Plaintiff,<br>v.<br><br>**4EVERYOUNG LIMITED, BIOSOFT (AUST) PTY LTD d/b/a DERMAPENWORLD, EQUIPMED INTERNATIONAL PTY LTD d/b/a DERMAPENWORLD, and STENE MARSHALL personally and d/b/a DERMAPENWORLD,**<br><br>　　　　　　　　　**Defendants.** | **DEFAULT CERTIFICATE AS TO ALL DEFENDANTS**<br><br>Case No. 2:13CV729 DN |

　　　Pursuant to the Court's "Order Directing Entry of Default and Notice of 55(B)(2) Evidentiary Hearing,"[1] default is hereby entered against Defendants 4EverYoung Ltd., Biosoft (Aust) Pty Ltd. d/b/a Dermapenworld, Equipmed International Pty Ltd., d/b/a Dermapenworld, and Stene Marshall personally and d/b/a Dermapenworld.

　　　DATED this 31st day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　D. MARK JONES, CLERK OF COURT

　　　　　　　　　　　　　　　　　　　　　By: _/s/ Anne W. Morgan_____
　　　　　　　　　　　　　　　　　　　　　Anne W. Morgan, Chief Deputy

---

[1] ECF No. 1001.